UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE FRANCIS-FLYNN, | |
| Plaintiff(s), | No. C04-4122 MJJ (BZ) |
| v. | **ORDER RE OVERDUE PAPERS** |
| GARLAND SHIPPING PTE LTD., | |
| Defendant(s). | |

TO: Plaintiff and Defendants and their attorneys of record:

On May 24, 2005, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for April 4, 2006. Your statement was due March 28, 2006. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff and defendants and their attorneys fo record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 29, 2006

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\FRANCIS-FLYNN.LP.ORDER.wpd

1